IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cahillane, Gregory Patrick

Printed: 3/18/08

Case Number: 04 B 39943
Judge: Hollis, Pamela S
Filed: 10/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2007
Confirmed: December 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,217.64 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 15,147.14 |
| Priority: |  | 416.37 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 948.28 |
| Other Funds: |  | 5.85 |
| Totals: | 19,217.64 | 19,217.64 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 416.37 | 416.37 |
| 4. | Americash Loans, LLC | Unsecured | 334.61 | 331.68 |
| 5. | Wells Fargo Financial Bank | Unsecured | 1,770.37 | 1,754.88 |
| 6. | American Express Travel Relate | Unsecured | 140.69 | 139.46 |
| 7. | Jefferson Capital | Unsecured | 2,776.57 | 2,752.30 |
| 8. | American Express Centurion | Unsecured | 904.34 | 896.53 |
| 9. | Internal Revenue Service | Unsecured | 5.59 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 1,684.53 | 1,669.99 |
| 11. | Resurgent Capital Services | Unsecured | 1,742.93 | 1,727.89 |
| 12. | RoundUp Funding LLC | Unsecured | 1,517.53 | 1,504.26 |
| 13. | ECast Settlement Corp | Unsecured | 1,178.77 | 1,168.60 |
| 14. | ECast Settlement Corp | Unsecured | 1,622.54 | 1,608.52 |
| 15. | ECast Settlement Corp | Unsecured | 813.52 | 806.48 |
| 16. | RoundUp Funding LLC | Unsecured | 793.39 | 786.55 |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,401.75 | $ 18,263.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 133.63 |
| 4% | 42.18 |
| 3% | 85.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cahillane, Gregory Patrick | Case Number: 04 B 39943 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 3/18/08 | Filed: 10/27/04 |

|  |  |
|---|---|
| 5.5% | 307.50 |
| 5% | 114.72 |
| 4.8% | 198.62 |
| 5.4% | 65.86 |
|  | _____ |
|  | $ 948.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____